# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LINDSEY LEHR, on behalf of herself
and those similarly situated,

      Plaintiff,

v.                                        Case No.: _____

CRYO-CELL INTERNATIONAL, INC.,

      Defendant.

_____/

### DECLARATION OF JILL TAYMANS

I, Jill Taymans, hereby declare under penalty of perjury as follows:

1. I am over the age of eighteen (18) years and am competent to testify in this matter.

2. I am the Chief Financial Officer of Cryo-Cell International, Inc. ("Cryo-Cell"). I have held that position with Cryo-Cell since 1998.

3. This declaration is based upon my personal knowledge of the facts stated in this declaration or those facts as they appear in the business records of Cryo-Cell.

4. I am familiar with Cryo-Cell's client records and have examined such records kept by Cryo-Cell concerning the subject matter of this declaration. All of these records and related documents are made and kept by Cryo-Cell in the regular course of its business and are made at or near the time by, or from information provided by, persons with personal knowledge of and a duty to report the facts. It is the regular practice of Cryo-Cell to make and keep these records and documents. The records and documents that I have examined are in my custody, supervision, or control and are complete, accurate, and correct.

18339910v2

5. Cryo-Cell is in the business of providing umbilical cord blood and cord tissue storage services.

6. Cryo-Cell is a Delaware corporation and its principal place of business is in Oldsmar, Florida.

7. Since at least May 2018, Cryo-Cell clients have signed a Cryo-Cell Client Agreement and Informed Consent for Umbilical Cord Blood and Cord Tissue Services ("Agreement") in connection with purchasing Cryo-Cell's services, and have been required to complete forms that include: (a) an Enrollment Form; (b) a Services Purchased form; and (c) a Payment Information form.

8. As part of completing the Enrollment Form, Cryo-Cell clients typically provide an email, home telephone number, and address for themselves as parents of the child (or children) whose cord blood and/or cord tissue will be stored with Cryo-Cell.

9. As part of completing the Services Purchased form, Cryo-Cell clients select a "check box" corresponding to the services the client is electing to purchase from Cryo-Cell. The Services Purchased form also specifies a price for the services and payment terms.

10. In the Payment Information form, Cryo-Cell clients provide credit or debit card account details for billing according to the applicable price and payment terms.

11. Cryo-Cell maintains client information and tracks client payments in its accounting system. The following statements about Cryo-Cell's clients are based on information in Cryo-Cell's accounting system.

12. Between May 18, 2018 and January 6, 2023, more than 100 individuals with an address in the United States have: (a) contracted with Cryo-Cell for cord blood collection and storage services; (b) agreed in their contracts with Cryo-Cell to store cord blood for a fee; (c)

have fully performed their contractual obligations to date; and (d) have not used their child's cord blood stored with Cryo-Cell for any medical purpose (the "Fully Paid Clients").

13. The Fully Paid Clients have collectively paid Cryo-Cell more than $5 million between May 18, 2018 and January 6, 2023.

14. As of January 6, 2023, based on the addresses entered by the Fully Paid Clients in their Enrollment Forms, more than 100 Fully Paid Clients have an address in the United States that is outside of Delaware and Florida.

15. As of January 6, 2023, based on the addresses entered by the Fully Paid Clients in their Enrollment Forms, more than two-thirds of the Fully Paid Clients have an address in the United States that is outside of Florida. That is, less than one-third of the Fully Paid Clients have a Florida address.

16. Cryo-Cell's cord blood collection system utilizes a multi-part device, referred to as a collection kit, which is provided to each Cryo-Cell client. The collection kits are manufactured by third parties overseas and in New York, sent to Missouri for assembly by another third party, and then sent to Cryo-Cell in Florida for final assembly, labeling, and shipping to Cryo-Cell clients throughout the United States, including the Fully Paid Clients. Each Cryo-Cell client brings their collection kit to their local hospital (or receives their kit at their local hospital) where cord blood is collected at birth by the client's physician. The collected cord blood is sent in the kit to Cryo-Cell's laboratory in Florida by medical courier. Part of the cord blood is then sent to North Carolina for sterility/bacterial testing by a third party and the rest is processed and cryogenically stored in Florida. Between May 18, 2018 and January 6, 2023, Cryo-Cell delivered collection kits to the Fully Paid Clients throughout the

United States, and to the Plaintiff Lindsey Lehr, that were manufactured, assembled, shipped, used, and processed as described above.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on March 14, 2023.

_____
Jill Taymans