UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**LINDSEY LEHR, on behalf of herself
and those similarly situated,**

   **Plaintiff,**

  v.            Case No.:  9:23-cv-80405-AMC

**CRYO-CELL INTERNATIONAL, INC.,**

   **Defendant.**

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO STAY

Defendant Cryo-Cell International, Inc. ("Cryo-Cell"), pursuant to Rule 6, Federal Rules of Civil Procedure, moves the Court for a fourteen-day extension of time, through and including May 5, 2023, within which to file its replies to Plaintiff's Opposition to Cryo-Cell's Motion to Compel Arbitration [ECF No. 10] and Plaintiff's Opposition to Cryo-Cell's Motion to Stay [ECF No. 11] ("Plaintiff's Oppositions"), and in support states:

1. Plaintiff's Oppositions were filed April 14, 2023, and Cryo-Cell's replies to Plaintiff's Oppositions are currently due by April 21, 2023.

2. Cryo-Cell requires an extension of time to ensure that it can sufficiently evaluate Plaintiff's Oppositions and then appropriately reply to each of Plaintiff's Oppositions. The requested extension is also necessary due to Cryo-Cell counsels' schedules and deadlines relating to other pending matters.

3. As certified below, Plaintiff has agreed to the requested fourteen-day extension of time for Cryo-Cell's replies to Plaintiff's Oppositions.

18583551v1

4. This is Cryo-Cell's first request for extension of time in this case, which is made in good faith and not for the purpose of delay.

5. Pursuant to Local Rule 7.1(a)(2) this Motion is accompanied by the attached proposed Order that will also be submitted via email to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

WHEREFORE, Defendant Cryo-Cell International, Inc. moves the Court for a fourteen-day extension of time, through and including May 5, 2023, within which to file its replies to Plaintiff's Opposition to Cryo-Cell's Motion to Compel Arbitration and Plaintiff's Opposition to Cryo-Cell's Motion to Stay.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that I have conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion, and Plaintiff has agreed to the relief requested in this Motion.

| SHUMAKER, LOOP & KENDRICK, LLP | HOGAN LOVELLS US LLP |
|---|---|
| */s/ Ernest J. Marquart* | */s/ David Massey* |
| Ernest J. Marquart, Florida Bar No. 905860 | David Massey |
| Jeffrey B. Fabian, Florida Bar No. 0085868 | Fla. Bar No. 86129 |
| 101 East Kennedy Blvd., Suite 2800 | david.massey@hoganlovells.com |
| Tampa, Florida 33602 | 600 Brickell Avenue |
| Telephone: (813) 229-7600 | Suite 2700 |
| Facsimile: (813) 229-1660 | Miami, Florida 33131 |
| emarquart@shumaker.com (Primary e-mail) | Telephone: (305) 459-6500 |
| mdesilles@shumaker.com (Secondary e-mail) | Facsimile: (305) 459-6550 |
| jfabian@shumaker.com (Primary e-mail) | **Attorneys for Cryo-Cell International, Inc.** |
| ldyer@shumaker.com (Secondary e-mail) | |
| **Attorneys for Cryo-Cell International, Inc.** | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record including:

Alec H. Schultz
Carly A. Kligler
Hilgers Graben PLLC
1221 Brickell Avenue, Suite 900
Miami, Florida 33131
aschultz@hilgersgraben.com
ckligler@hilgersgraben.com
***Attorneys for Plaintiff***

/s/ *Ernest J. Marquart*
Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LINDSEY LEHR, on behalf of herself
and those similarly situated,

      Plaintiff,

   v.                                   Case No.:  9:23-cv-80405-AMC

CRYO-CELL INTERNATIONAL, INC.,

      Defendant.
_____/

**[PROPOSED] ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S
MOTION TO COMPEL ARBITRATION AND MOTION TO STAY**

      THIS CASE is before the Court on Defendant's Unopposed Motion for Extension of Time to Reply to Plaintiff's Oppositions to Defendant's Motion to Compel Arbitration and Motion to Stay [ECF No. 12], filed April 18, 2023.  Having considered this matter, Defendant's Motion is GRANTED.  Defendant shall have up to and including May 5, 2023 to file its replies to Plaintiff's Oppositions to Defendant's Motion to Compel Arbitration and Motion to Stay.

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida this ____ day of April 2023.

                                                                    _____
                                                                    **AILEEN M. CANNON
                                                                    UNITED STATES DISTRICT JUDGE**

cc:  Counsel of Record