**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80405-CIV-CANNON/Reinhart**

**LINDSEY LEHR**
*on behalf of herself and those similarly situated*,

    Plaintiff,
v.

**CRYO-CELL INTERNATIONAL, INC.**,

    Defendant.
_____/

**ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal with Prejudice, filed on September 5, 2025 [ECF No. 49]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective September 5, 2025, the date on which the parties filed their Stipulation of Dismissal [ECF No. 49]. The Clerk of Court is directed to **CLOSE** this case. All parties to bear their own costs and fees.

**ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of September 2025.

*[signature]*
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record